IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TAWANDA AEIAH SEARS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CIVIL ACTION NO.<br>3:19-CV-178-LSC-CSC<br>(WO) |

## **ORDER**

On October 21, 2021, the Magistrate Judge entered a Recommendation that Petitioner Tawanda Aeiah Sears's 28 U.S.C. § 2255 motion be denied and that this case be dismissed with prejudice. (Doc. 22.) Sears has filed no objections. Upon an independent review of the record and upon consideration of the Magistrate Judge's Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 22) is ADOPTED.

2. Sears's 28 U.S.C. § 2255 motion (Doc. 1) is DENIED, and this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

**DONE** and **ORDERED** on December 2, 2021.

_____
L. Scott Coogler
United States District Judge

160704